FILED
AUGUSTA DIV.
2017 APR 11 PM 4:27
ERK [signature]
SO DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 113-032 |
| | * | |
| ANDREW GARETH NELSON | * | |

O R D E R

Upon his conviction by a jury on one count of armed bank robbery and one count of using, carrying, and brandishing a firearm during a crime of violence, Defendant Andrew Gareth Nelson was sentenced to a total term of imprisonment of 183 months and ordered to pay a $200 special assessment and a fine of $25,000.00. Defendant owes an outstanding balance of over $21,000 on his fine obligation.

From time to time during the course of this criminal proceeding, the Court has ordered the payment of monies on deposit in Defendant's checking account at Wells Fargo Bank to be paid into the registry of the Court.[1] (See Orders of January 30, 2014, September 2, 2014, April 1, 2015, August 28, 2015, June 20, 2016, and March 27, 2017.) At present, there remains a balance of $14,733.20 plus interest in the registry

---

[1] The funds were largely comprised of Defendant's monthly benefits from the Veterans Administration.

of the Court.

Upon due consideration, the Clerk is hereby **ORDERED** to apply the principal and interest remaining in the Court's registry toward Defendant's fine obligation. The Clerk is directed to serve a copy of this Order upon Defendant at FCI Elkton in Lisbon, Ohio.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE