IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ANDREW GARETH NELSON, | |
| Petitioner-Appellant, | |
| vs. | Case No. CV116-090 |
| | (CR113-032) |
| UNITED STATES OF AMERICA, | |
| Respondent-Appellee. | |

## O R D E R

The motion of Appellant for a certificate of appealability having been **DENIED** and Appellant's motion for leave to proceed *in forma pauperis* on appeal having been **DENIED AS MOOT** in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Order of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court. The Court's Order of March 29, 2017 is final in all respects.

**SO ORDERED**, this 22nd day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA